# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

ELMER DAVENPORT,

           Petitioner

           v.

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY,

           Respondent

: No. 33 EM 2015
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of May, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.